**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 USC § 1983**



**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON**

CASE NO.

07-6251-HA

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: Korey Joe Conway
      ADC # _____

      Address: 1115 Jackson St SE Albany or 97322

      Name of plaintiff: _____
      ADC # _____

      Address: _____

      Name of plaintiff: _____
      ADC # _____

      Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: Nurse Marlyn
①    Position: R. N.

      Place of employment: Linn Co. Jail

      Address: 1115 Jackson St SE Albany or 92322

      Name of defendant: Nurse Echsteen
②    Position: R. N

      Place of employment: Linn Co. Jail

      Address: 1115 Jackson St SE Albany or 97322

      Name of defendant: Nurse Robbin
③    Position: R. N.

      Place of employment: Linn Co. Jail

      Address: 1115 Jackson St SE Albany or 97322



II      Are you suing the defendants in.

(G)     official capacity only
 G      personal capacity only
(X)     both official and personal capacity

III.    Previous lawsuits

A       Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes    /   (No)

B.      If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

G       Parties to the previous lawsuit:

        Plaintiffs: _____
        _____

        Defendants: _____

G.      Court (if federal court, name the district; if state court, name the county):_____

G       Docket Number: _____

G       Name of judge to whom case was assigned: _____

G       Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

G       Approximate date of filing lawsuit: _____

G       Approximate date of disposition: _____

IV      Place of present confinement: _Linn County Jail, 1115 Jackson St SE albany or 97322_

V.      At the time of the alleged incident(s), were you: (check appropriate blank)

        _✓_ in jail and still awaiting trial on pending criminal charges
        ____ serving a sentence as a result of a judgment of conviction
        ____ in jail for other reasons (e.g., alleged probation violation, etc.)
        explain: _____

VI.     There is a prisoner grievance procedure in the Linn County Jail. Failure to complete the grievance procedure may affect your case in federal court.

                                                        Linn Co
                                                          ^
        A.      Did you present the facts relating to your complaint in the state prisoner grievance procedure?

                (Yes)   /   No

ADDitianal Defendents

name of Defendent   DR. tilly

Position        DR.

(4)

Place of employment   Linn Co. jail

ADDress  1115 Jackson st SE ALBany or 97322

name of Defendent   CPt. Bagget

Position      CPT.

(5)

Place of employment   Linn Co. jail

ADDress  1115 Jackson st SE  ALBany  or  97322

name of Defendent   tim mueller

Position      Sheriff

(6)

Place of employment   Linn Co. jail

ADDress   1115 Jackson st SE ALBany or 97322

B.    If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

C.    If your answer is NO, explain why not: _____

_____

### VII    Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Fact of this claim is; Linn co. jail nursing staff, Dr. Tilly and jail commander cPt. Dagget, and The sheriff Tim Mueller are in fact Denying me medical Treatment For my Liver Dises (chronic Hep.C) causing more Physical injury to my Liver with each Passing Day

### VIII.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Like the court to award me $15,000 plus $500.00 per Day per Def For each Day of none medical treatment, Then pleas impose a policy to Linn County sheriff and medical staff That They can Follow to insure Treatment For inmates who have Hep.C —and most importantly; Begin emediate Biopcy and treatment For my Liver Disies

I declare under penalty of perjury (18 USC § 1621) that the foregoing is true and correct.

Executed on this __23__ day of ___August___, 20 _07_.

_Horay Conway_

_____

_____
Signature(s) of plaintiff(s)

# Inmate Grievance Form

Date/Time received by Deputy: 7/15/07 @ 2250
Receiving Deputy: Sgt Singer

An inmate may file a grievance if the inmate believes that he/she has been subject to abuse, harassment, abridgement of civil rights or denied privileges specified in the "Inmate Handbook". A formal written grievance will only be accepted if an attempt was made to resolve the situation at the lowest level. Persons cannot be grieved, only incidents.

Date of Incident: _____    Time of Incident: _____    Location: L.C.J.

Names of Staff Involved: Nursing Staff / Dr. Tilley

Witnesses, if applicable: _____

Clearly Stated Facts of Incident: I am Being Denied medical treatment for my Liver Desies Hep. C which is a very Sirius matter. The Nursing staff and Dr. Tilley, Work under the Sheriff, and the jail Comander, The Nursing staff and Dr. Tilley have Directly Denied treatment, to me

Inmates Printed Name: Korey Conway    Inmates Signature: Korey Conway
Receiving Supervisors Name: Barrett Sgt Silver Assigned #: 07-0027
Forwarded To: Gr Bagger    Date: 7/16/07

G147

To: Inmate Korey Conway
Date: July 16,2007
Re: Inmate Grievances #07-0028/29
Fr: Captain Baggett


Mr Conway,

I have reviewed your comments and find no merit to them. You are
receiving medical care and medications that you refuse to take. You
have also talked with Dr Nelson regarding you mental health concerns.

I would suggest that you cooperate with our course of treatment for
issues you tell us you have.

To: Inmate Korey Conway
Date: July 16,2007
Re: Inmate Grievances #07-0030/31
Fr: Captain Larsen

Below you will find the response given by Captain Baggett to your other
grievance's that deal with the same issues.  I have also checked on your grievance
and find that they have no merit.


Captain Larsen

Mr Conway,

I have reviewed your comments and find no merit to them. You are
receiving medical care and medications that you refuse to take. You
have also talked with Dr Nelson regarding you mental health concerns.

I would suggest that you cooperate with our course of treatment for
issues you tell us you have.

*I Recieved this on 7-31-07
In Resposce to Kyte's to
CPT Baggett / sherriff meuller
Dates 7-24-07 / 25*

# Inmate Grievance Form

Date/Time received by Deputy: 7/15/07 @ 2230

Receiving Deputy: Sgt Singer

An inmate may file a grievance if the inmate believes that he/she has been subject to abuse, harassment, abridgement of civil rights or denied privileges specified in the "Inmate Handbook". A formal written grievance will only be accepted if an attempt was made to resolve the situation at the lowest level. Persons cannot be grieved, only incidents.

Date of Incident: _____ Time of Incident: _____ Location: LCJ

Names of Staff Involved: unknown, all who hndle mail and HRO

Witnesses, if applicable: _____

Clearly Stated Facts of Incident:

I am continualy Being kept on Level I HRO status This level says I cant have visits, to Be kept on this Level keeps me from Contact with loved ones and wittnesses in my Behalf to help me Defend my case. I Beleave staff in ther personal capasity are perposly kepping me on This Level also The mail violation Report is another tool staff are using to keep me From loved ones and my wittnesses. I Beleave staff are using these Dissaplingry actions against me in ther personal copasity as a tool to keep me away From The People I need to stey in contact with and my loved one's... I'm Being Denied visits and mail, But under The RUSE of HRO status and mail Rule violation. I never see The Right ups or By what staff and I never got to see The mail to Be sure it was a mail violation

Inmates Printed Name: Korey Conway    Inmates Signature: Korey Conway

Receiving Supervisors Name: Sgt Singer    Assigned #: 070027

Forwarded To: Cpt Bargett Sgt Sims    Date: 7/16/07

note 1 I recieved this with Kyle 4-23-07 From Daniels. R: Frisk KYLE to Bishop on answered By Daniels

Date/Time Received:

Receiving Officer:

**LINN COUNTY INMATE REQUEST FORM**

Date: 6-28-07

REQUEST: Years ago I had a Blood Draw here at L.C.J., this Blood Draw was passative For Hep. C ○ Could I please get a copie of the Results of that test. It is very important as I believe I'm now in between Stage 3-4 serosions. Please help me in this matter. and could I get a information packet on HCRC and all the stages already stage 4

Print Name: Korey Conway     Block & Cell No. J / 147     Signed: Korey Conway

REPLY: and Passible treatments.

If you are ill - the nurses would need to exermine you - then refer you on to see the Dr - We do not treat Hep C while in custody - It requires a liver Biopsy 1st this is also not done while incarsaheld at the county level.

Date/Time Returned: 6/29/07 _____ / Signed: Nicholson RN

Date/Time Received:

Receiving Officer:

**LINN COUNTY INMATE REQUEST FORM**

Date: 6-29-07

**REQUEST:** Can you please get me a copie of the Results of a blood draw I took some years back — it said I tested possative for Hep. C I need a copie

Block & Cell No. 9 , 147

Signed: [signature]

**REPLY:** Your records in medical at Linn Co. Jail may be obtained through your attorney — If you require testing you can have it done at the county health dept. on your release

Date/Time Returned: 6/29/07   Signed: [signature]

Date/Time Received:
Receiving Officer:

## LINN COUNTY INMATE REQUEST FORM

Date: 7-11-07

REQUEST: I DID not Recieve a RePLy yet on The Question I asked the Doctor. IF a Person with Hep C Roaches Stage 4 (the end stage) is ther any way to stop Liver Failure other Than a Transplant ? also is it wize to get Biopsy after 15/20 years with Hep C. ?

Block & Cell No. 9 / 147          Signed: Korey Conway

REPLY ① END STAGE LIVER DISEASE WOULD REQUIRE BIOPSY CONFIRMATION AND TRANSPLANT. WE WON'T BE DOING THIS FOR YOU— YOU CAN DO IT AFTER RELEASE.

② YES IT IS WISE TO GET A BIOPSY DONE AFTER 15-20 YEARS OF HEP. C.—AGAIN THIS WOULD BE YOUR RESPONSIBILITY UPON RELEASE—WE DON'T DO THESE.

Date/Time Returned: 7/12/07          Signed:

**LINN COUNTY INMATE REQUEST FORM**

Date/Time Received:

Receiving Officer:

Date: 7-12-07

REQUEST: Can I please get treatment/Biopsie For my Liver Disese (Hep C)? It is a Disese that will cause liver Failure if not monitord and treated. I'm Right at the 20 Year mark. Please help

Block & Cell No. G 147   Signed: _Korey Conner_

REPLY: Refer to the note from Dr. Tilley which was given to you yesterday. regarding an answer to this request

Date/Time Returned: 7-13-07   Signed: _____

Jail commander CPF Bagget respond
ASAP. Date: 7-24-0'

**LINN COUNTY INMATE REQUEST FORM**

REQUEST: What has happend to my grievance appeal? it has Been 7 Days. In the hand Book it says it will Be answerd in 48 hours. I have fallowed the hand Book Proceedurs and exausted my remmedys to no availe. I can not get a responce on my appeale and it is not a carBin copie aplication, where is my proof

Block & Cell No. 9 / 147   Signed: _____

I HOPE THIS IS WHAT YOU NEED.

LOOKS LIKE YOU MAY HAVE ALREADY RECIEVED THIS

Date/Time Returned: 7-31-07   Signed: _____

Received: 2355
Deputor: 535

**LINN COUNTY INMATE REQUEST FORM**

Date: 7-25-07

REQUEST: Why have I not Recieved a Responce to my appeals Regaurding grievances # 07-0028 and 29 ? I gave these appeals to Deputy Finn, Sgt Eskly on 7-11-07 — Your Rules in Regaurds to this prosedure states that I will get a Responce in 48 hours for an appeal — I Believe

Block/Cell No. _____ Signed: _____

_____ in your priosonly ceposity you are trying malisiously to prevent me From exausting my Remedys to prevent Further progress in my claim, "note" The apeal aplication is Not corbin copy so I have no proof and I cant get you to REPLY to my Kytes, as this is the second one.

Date/Time Returned: 7-31-07 / Signed: _____

Date/Time Received:

Receiving Officer:

**LINN COUNTY INMATE REQUEST FORM**   Date: 7-31-07

REQUEST: I need to Know What are the #'s given to my grievance apeal Furms Filed on 7-17-07_

can I get some hair tie's? 2 Please!!

Block & Cell No. 9 / 147   Signed: Mary Conwy

These Are ALL the #s of the grievances you have Written 07-0027, 07-0028, 07-0029, 07-0050 + 07-0031. As for the hair Tie, you buy those Off Commissary

Date/Time Returned: 8-1-07   /   Signed: Shepard

**LINN COUNTY INMATE REQUEST FORM**

Date/Time Received: 8/1/07

Receiving Officer:

Date: 8-1-07

REQUEST: On 7-15-07 I filed 2 grievances, Cpt. Bagget answered these grievances labeling them #07-0028/29 on 7-16-07. On 7-7-07 I filed a grievance appeal which was picked up by Dpt. Finn and filed by Sgt. Eskly, in the hand book it says that appeals will be answered with in 48 hours, I have wrote numerous kytes trying to get a response in regurds to why have I not gotten them back on my appeals. Sir I can not move forward _____ unless I can show I have exhausted the grievance/grievance appeal _____ appeal application is not carbon copic so I have no proof that _____ process.

Block & Cell No. 9 / 117    Signed: _____

REPLY: _____ how to continue this _____ class of copisity Directly and malicouse _____ my attempt to continue my claim, this is my Direct appeal _____ in regards to grievance 07-0028 and 07-0029 as they have _____ been resolved, reson I am still on grievance # 07-0029 not recieving medical treatment for my liver disease and in regards to grievance # 07-____ I am still not getting my medication, the medication this doctor perscribes has ___ effect on my sickness. Both of these grievances and appeal are emergencys due to Posable harm — this direct appeal was recieved by and seald in envelope by Dpt ___

Date/Time Returned: _____    /    Signed: _____

Copie pink inmate

Date/Time Received:

Receiving Officer: 535

**LINN COUNTY INMATE REQUEST FORM**

Date: 8-1-07

REQUEST: Why have I not yet Recieved a Response to my grievance Appeal Filed on 7-17-07, Recieved By DPT Finn, Filed By SGT ESKLY? this is my forth attempt to try and get a straight answer about my <u>APPeal</u>

Print Name: Korey Conway     Block & Cell No. 9, 147     Signed: Korey Conway

REPLY:

YOU HAVE RECIEVED A RESPONSE, I made COPIES FOR YOU ON 7-31-07, YOUR NEXT APPEAL WOULD BE TO THE SHERIFF.

Date/Time Returned: 8-1-07     Signed:

Date/Time Received: 1847

Receiving Officer: 535

**LINN COUNTY INMATE REQUEST FORM**

Date: 8-1-07

REQUEST: Could you please look in my hard file and find grievances 07-0030/31 there should not be grievance's 30/31 only 28/29 if they are not there please eras those # 30/31 or find what happend to the appeals is 3/29 Thank you

Print Name: Harley Conwell    Block & Cell No. 3 / 165    Signed: _Harly Conwey_

REPLY:

Date/Time Returned: _____ / Signed: _____

Supervisor

Date/Time Received:

Receiving Officer: BV

**LINN COUNTY INMATE REQUEST FORM**

Date: 8-22-07

REQUEST: Can some one Please give me the Date and times that my grievances and grievance Appeals was PICK up By who, all the way the the last Grievance Appeal and Whits there is

Print Name: (oley Conway)     Block & Cell No. 9 /147     Signed: Koralf Conway

REPLY:

Date/Time Returned: _____ / Signed: _____

Date/Time Received:

Receiving Officer:

**LINN COUNTY INMATE REQUEST FORM**

Date: 8-22-07

REQUEST: Could you please Jive me Days, Dates and # of my grievance and Jrievance appeals including This last appeal to The sheriFF. it would Be very helpful. thank you

Print Name: Korey Conway   Block & Cell No. J , 147   Signed: Korey Conway

REPLY: Mr. Conway you should have all the Documents From your Grievance Forms. When a Grievance is filed the Inmate is given a copy of that Grievance with Date and time. It is not the Deputies or the sheriffs office Responsibilites to keep track of you paper work that you already been given

8/23/07

Date/Time Returned: 0900 Hrs / Signed: Sgt. Dennick

Date/Time Received: 8/23/07 1030

Receiving Officer: 515

**LINN COUNTY INMATE REQUEST FORM**

Date: 8-23-07

REQUEST: For your information Mr. Daniels The Grievance Appeal is not carbon copie and I Do not have a copie, although I have Filed the appals. can you please tell me what Dates

Print Name: Korey Conway    Block & Cell No. J , 147    Signed: Korey Conway

REPLY: time and what #'s wher Placed on the last Grievance Appeal?

This is the only Grievance from in your file

Date/Time Returned: 8/23/07 1230 HRS    Signed: Sgt Daniels